## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHAYAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1174 | DATE | JULY 8, 2008 |
| CASE TITLE | US v. MARIA FIGUEROA | | 08 CR 547 |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

---

**GRAND JURY PROCEEDING**  **MAGISTRATE JUDGE NOLAN**

The Grand Jury for the ___SPECIAL FEBRUARY 2008-2___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

---

DOCKET ENTRY:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**

JUL 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices |
| | No notices required. | | DOCKET # |
| | Notices mailed by judge's staff. | | Date docketed |
| | Notified counsel by telephone. | | Docketing dpty. initials |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | | Date mailed notice |
| | Copy to judge/magistrate judge. | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials |