# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                               Case No.: 1:08−cr−00547
                                               Honorable Samuel Der−Yeghiayan

Maria Figueroa

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Maria Figueroa: Status hearing held and continued to 10/22/08 at 9:00 a.m. Defendant advised the Court that her attorney was not available to come to Court. As stated on the record, counsel for the Government shall notify Federal Defender Program attorney Paul Flynn of this Court's next status hearing. In the interest of justice, the Government's oral motion to exclude time through and including 10/22/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.